**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

**HOUSE PLAN ZONE, LLC** **PLAINTIFF**

**V.** **CIVIL ACTION NO.:**

**NEWTON AND WALLACE, INC, RICHARD NEWTON, AND JAMEY WALLACE, TERRI KELLEY, REAL BROKER, LLC AND JOHN DOES 1-5** **DEFENDANTS**

***JURY TRIAL DEMANDED***

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

House Plan Zone, LLC ("HPZ ") file this their complaint against Defendants, Newton and Wallace, Inc, Richard Newton, Jamey Wallace, Terri Kelley, Real Broker, LLC and John Does 1-5 (collectively "Defendants") stating as follows:

## INTRODUCTION

1. HPZ is residential and building design firms. Among other things, they license house plans for sale through various websites. These plans are available for licensing to both individual homeowners and builders.

2. Newton and Wallace, Inc, used HPZ 's copyrighted plans and related documents, used them without permission, and without licensing those plans. These actions infringed HPZ 's registered copyrights in the plans.

3. HPZ files this suit to protect the results of the effort and professional skill that is required to produce the kind of house plans that Newton and Wallace, Richard Newton, and Jamey Wallace found so compelling that they used them without permission or a license to do so.

## JURISDICTION AND VENUE

4. This claim arises under the Copyright Act, 17 U.S.C 101 *et. seq.* and Digital Millennium Copyright Act, 17 U.S.C. § 1201.

5. Subject matter and personal jurisdiction are vested in this Court pursuant to 28 U.S.C. 1338. Additionally, this Court has subject matter jurisdiction under 28 U.S.C 1331 as this claim arises under the copyright laws of the United States. Venue in this judicial district is proper pursuant to 28 U.S.C. 1400(a) and 28 U.S.C. 1391(b) and (c). Each of the Defendants is subject to jurisdiction and venue in this Court because they reside in this District and transact business in this district on a regular basis.

## THE PARTIES

6. House Plan Zone, LLC is a Mississippi limited liability company engaged in the business of creating, publishing, advertising, and licensing residential architectural design, and has a principal place of business in Hattiesburg, Mississippi.

7. Newton and Wallace, Inc. is an Alabama corporation doing business in Alabama and will receive notice of this complaint by service upon its and will receive notice of this complaint by service upon its registered agent or an officer, Jamey Wallace or Richard Newton, at 59 CR 369, Valley, AL or wherever they may be found.

8. Jamey Wallace is an owner and officer of Newton and Wallace, Inc and may be served with process at 59 CR 369, Valley, AL or wherever he may be found.

9. Richard Newton is an owner and officer of Newton and Wallace, Inc and may be served with process at 59 CR 369, Valley, AL or wherever he may be found.

10. Real Broker, LLC is a limited liability company doing business in Alabama and will receive notice of this Complaint upon service of its registered agent or officer, Corporate Creations Network, Inc., at 4000 Eagle Pointe Corp. Drive, Birmingham, AL 35242 or wherever they may be found.

11. Terri Kelley is affiliated with Terri Kelley Group and Real Broker, LLC and with received notice of this Complaint at 3711 20th Ave., Valley, AL 36854 or where she may be found.

**FACTS**

12. HPZ is residential design firm. They are the author of, and at all times relevant to this claim, have been and are now the sole owners and proprietors of all right, title and interest in and to the copyright of a certain home designs known as

a. Bryant-1998T; U.S. Copyright Registration No. VA 2-316-834

b. Aubrey – BB-1416; U.S. Copyright Registration No. VA 2-204-368

c. Highland Court - BB-2077, U.S. Copyright Registration No. VA 2-141-565

d. Jade Oaks – 1479; U.S. Copyright Registration No. VA 2-378-512

e. Blackstone – 1498; U.S. Copyright Registration No. VA 2-316-757

f. Luckett – 1459; U.S. Copyright Registration No. VA 2-316-860

g. Blakes Lane – BB-1521; U.S. Copyright Registration No. VA 2-314-216

h. Barclay - 1690; U.S. Copyright Registration No. VA 2-421-141

13. The U.S. Registrar of Copyrights has issued registrations for architectural plans listed above, collectively “The Plans”. (Attached as Exhibits “A” through “H”). Those plans and technical drawings are “pictorial, graphical, and sculptural works” and “architectural works” as defined by Title 17 of the United States Code.

13. HPZ has complied in all respects with Title 17 of the United States Code and all other United States laws governing copyrights and has secured the exclusive rights and privileges in and to the copyrights to the above-described architectural works. The Plans and copyrights constitute material wholly original to HPZ, including the overall look and feel of the works, the selection and arrangement of the constituents' parts of the work, and the proportions of exterior features and massing.

14. The overall configuration and arrangement of spaces, elements, and features in the design of The Plans is not a collection or compilation of standard rooms and pre-existing forms. To the contrary, the shapes and sizes of the rooms and spaces, the shapes and sizes of the exterior elements and features, the piecing together and placement of all the spaces, design features and other architectural details to fit them into an overall whole come from the mind and creativity of the HPZ .

15. HPZ 's copyright in the above-described works are presently valid and subsisting and was valid and subsisting from the moment of its creation, and all conditions precedent to the filing of this suit have occurred.

16. The Plans were and are available for licensing through HPZ 's website and other vendor websites. The plans were advertised and marketed in a manner that put potential licensors on notice that the plans were copyrighted.

17. Newton and Wallace, Inc. is a residential construction company that infringed upon the copyrights of HPZ and built and advertised the Plans.

18. Richard Newton is an experienced builder and a principal of Newton and Wallace. As a person with extensive experience in home construction, he knew or reasonably should have known that the Plans are protected by copyrights.

19. Jamey Wallace is an experienced builder and a principal of Newton and Wallace. As a person with extensive experience in home construction, he knew or reasonably should have known that the Plans are protected by copyrights.

20. Real Broker, LLC is a real estate broker that Terri Kelley works for and advertises and sold the Plans. Upon information and belief, that work was under the trade name or business name of Terri Kelley Group.

21. Terri Kelley is an experienced realtor and the agent or broker with Real Broker, LLC. As a person with extensive experience in residential home sales, she knew or reasonably should have known that the Plans are protected by copyrights.

22. At all relevant times, as an owner of Newton and Wallace, Richard Newton and Jamey Wallace had a direct financial interest in all of Newton and Wallace activities, including those complained of in this lawsuit.

23. At all relevant times, as an agent, broker, or employee of Real Broker, LLC, Terri Kelley had a direct financial interest in all of Terri Kelley Group activities, including those complained of in this lawsuit.

24. Upon information and belief, Newton and Wallace, Richard Newton and Jamey Wallace obtained copies of the Plans. They obtained the copies either through customers or other builders who were in possession of the Plans. Alternatively, they obtain dimensions of the Plans through HPZ website or vendor websites and had them redrawn.

25. Newton and Wallace, Richard Newton, and Jamey Wallace then began construction and advertising of houses using the Plans and/or derivative works of the Plans that are substantially similar or virtually identical version of the Plans. As Newton and Wallace's principals, Jamey Wallace and Richard Newton directed Newton and Wallace to use these Plans.

26. Real Broker, Terri Kelley Group, and Terri Kelley obtained the copies either through Newton and Wallace, Richard Newton, Jamey Wallace, or other builders who were in possession of the Plans. Alternatively, they obtain copies of the Plans through HPZ website or vendor websites.

27. Real Broker, Terri Kelley Group, and Terri Kelley's advertising of houses using the Plans and/or derivative works of the Plans that are substantially similar or virtually identical version of the Plans.

28. Upon information and belief, the HPZ 's copyrighted plans were built and advertised, including, but are not limited to social media, internet, brochures, real estate advertisements, and other conventional marketing techniques.

29. Newton and Wallace, Richard Newton, and Jamey Wallace infringed HPZ 's copyrights by taking the Plans and either constructing them as drawn or redrawing them to be virtually identical or substantially similar to the original plans and claiming it as their own.

30. Defendants publicly claimed the plans as their own, including by marketing them with a title never used by HPZ , thus creating an incentive for other potential customers of HPZ not to purchase the plan, resulting in lost revenue, and confusion as to the owner of the copyrighted plans.

31. On April 6, 2026, HPZ sent a copyright infringement notice and demand letter to Newton and Wallace, Richard Newton and Jamey Wallace.

32. Newton and Wallace, Jamey Wallace, and Richard Newton never claimed they had license to build the Plans. They certainly never had a license to rename the Plans, claim them as their own, with no credit given to HPZ.

33. Follow-up correspondence to Newton and Wallace's failed to produce any information or documentation that Newton and Wallace had the right to use HPZ plans in the manner that they were used. Richard Newton refused to provide any of the requested information to HPZ.

34. On June 9, 2026, HPZ sent a copyright infringement notice and demand letter to Terri Kelley Group and Terri Kelley. Terri Kelley never responded.

## CAUSES OF ACTION

## COPYRIGHT INFRINGEMENT

35. Plaintiffs reallege and incorporate herein by reference each and every prior allegation as if set forth herein.

36. Defendants have infringed HPZ's copyrights in and to the Plans by scanning, copying, building, and/or reproducing unauthorized copies and/or derivatives of said plans within the United States.

37. Defendants infringed HPZ's copyrights in and to the Plans, by advertising, constructing or having constructed houses using the copied plans or derivatives thereof and realizing profits therefrom without a license to do so.

38. Defendants infringed upon HPZ 's copyrights by using them without permission, advertising them for sale and claiming them as their own.

39. HPZ never authorized Defendants to reproduce or distribute copies of the Plans, remove HPZ copyright management information, or to claim them as their own.

40. Defendants' actions were negligent and/or willful and done when they knew or should have known they lacked the right or permission or license to use the Plans.

41. Defendants distributed or caused to be distributed the Plans, substantially similar or virtually identical copies of the Plans when it knew or should have known the copyright management information had been removed.

42. Defendants knew or should have known that this conduct would induce, enable, facilitate, or otherwise conceal an infringement of HPZ's rights.

43. It is well known in the home building industry and real estate industry that it is improper to reproduce, distribute, and create derivative works from architectural works without permission of the copyright owner.

(THE REMAINDER OF THE PAGE INTENTIONALLY LEFT BLANK)

44. As an example of the copyright infringement, an overlay comparison of the infringement of HPZ's Luckett-1459 plan is shown below with the HPZ drawing in red and plan used for construction by Newton and Wallace at 1099 30th St, Valley, AL in black:



45. As another an example of the copyright infringement, an overlay comparison of the infringement of HPZ's Aubrey plan is shown below with the HPZ drawing in red and plan used for construction by Newton and Wallace at 1107 30th St, Valley, AL in black:



46. Defendants also used HPZ marketing images to market plans they could build even though they lacked permission or a license to build the plans. The webpage advertisement for the Newton and Wallace "2077" is the exact same square footage of the HPZ Highland Court - BB-2077. https://newtonandwallace.com/2077




## CAUSATION / DAMAGES

47. Plaintiff reallege and incorporate herein by reference each and every prior allegation as if set forth herein.

48. Defendants' actions constitute copyright infringement pursuant to 17 U.S.C. §501, et al.

49. As a proximate result of the above-described acts of copyright infringement by Defendants, HPZ has sustained lost profits and/or licensing revenue in an amount not yet ascertained.

50. HPZ requests there be an accounting of all gains, profits and advantages derived by Defendants as a result of the unlawful acts of copyright infringement

51. Pursuant to 17 U.S.C. §504(b), Plaintiffs are entitled to recover from each Defendant, jointly and severally, its actual damages suffered as a result of these infringements.

52. Pursuant to 17 U.S.C. §504(b), Plaintiffs are entitled to recover from each Defendant, all profits that are attributable to these infringements.

53. Alternatively, pursuant to 17 U.S.C. §504(c), Plaintiffs are entitled to recover statutory damages from each Defendant, including enhancement if it is found to be willful.

54. Newton and Wallace is a contributory infringer for any acts of infringement that were committed by third parties at Newton and Wallace's request or direction.

55. Richard Newton and Jamey Wallace each materially induced, assisted, or caused the acts of infringement of Newton and Wallace, thus have committed contributory infringement and are jointly and severally liable for any award against Newton and Wallace.

56. Newton and Wallace is vicariously liable for the infringements committed by Richard Newton, Jamey Wallace, or other third parties on behalf of Newton and Wallace.

57. Real Broker, LLC is vicariously liable for the infringements committed by Terri Kelley and the Terri Kelley Group, or other third parties at their direction.

58. Terri Kelley is a contributory infringer for any acts of infringement that were committed by third parties at Terri Kelley Group's request or direction.

59. To the extent that any actions of copyright infringement were undertaken by third parties other than Defendants, the Defendants had had a financial interest in such actions, right to supervise them, and assisted in such actions.

60. Additionally, Defendants' infringements have caused damage to the business relationship between HPZ and its customers and potential customers, diluted the local market for sales of its house plans, and generally caused HPZ a loss of good will and reputation in the community.

61. HPZ is entitled to recover their cost, pre-judgment interest, post-judgment interest, including expert witness' professional fees, and attorney's fees.

62. Pursuant to 17 U.S.C. §502, Plaintiffs are entitled to preliminary and permanent injunctive relief to restrain copyright infringement of the copyrighted works, including, but not limited to further reproduction or distribution of infringing plans and marketing materials of the infringing houses.

63. Pursuant to 17 U.S.C. §503(b), Plaintiffs are entitled to an order requiring the destruction of or other reasonable disposition of all infringing copies of plans found to have been made in violation of copyrights.

64. HPZ requests any other and further relief as this court shall deem just and proper.

**PLAINTIFF, HOUSE PLAN ZONE, LLC, DEMAND A JURY TRIAL IN THIS CAUSE OF ACTION.**

**THIS** the 12th day of November 2026.

Respectfully submitted,

**HOUSE PLAN ZONE, LLC**
Plaintiff

*/s/ M. Andrew Donaldson*

M. ANDREW DONALDSON
(ASB-9007-O76M)

OF COUNSEL:
Holtsford Gilliland Hitson Howard
Stevens Tuley & Savarese, P.C.
PO Box 4128
Montgomery, AL 36103-4128
Phone: 334-215-8585
Fax: 334-215-7101
Email: adonaldson@hglawpc.com